FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2020 MAR -5 PM 1:56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

VICTOR MANUEL ABREGO-VASQUEZ

CASE NO. 8:20-cr-110-T-26SPF
8 U.S.C. § 1326(a)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 27, 2020, in the Middle District of Florida, the defendant,

VICTOR MANUEL ABREGO-VASQUEZ,

being an alien of the United States, who previously had been convicted of a felony offense, including:

1. Indecent liberties with child, on or about March 8, 2006,

and was thereafter deported, excluded, and removed from the United States on or about May 18, 2006, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(2).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Callan L. Albritton
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section